UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS, | No. 2:17-cv-0679-EFB P |
| Plaintiff, | |
| v. | ORDER |
| F. CONSTANCIO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an application for leave to proceed in forma pauperis. ECF No. 6. According to plaintiff, he has been transferred to a new prison and anticipates another transfer in the near future. *Id.* He also states that prison officials have interfered with his efforts to complete his application for leave to proceed in forma pauperis. ECF Nos. 5[1] & 6.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 6) is granted and plaintiff has 45 days from the date this order is filed to file an application for leave to proceed in forma pauperis. If plaintiff is unable to so comply,

---

[1] Prior to requesting an extension of time, plaintiff filed an "Ex Parte Motion" (ECF No. 5) in order "to show that [he is] making all efforts to comply with this court's [prior] order [regarding his in forma pauperis application]." ECF No. 5 at 3.

he must submit to the court a copy of his request for a copy of his certified trust account statement along with any response received from prison officials.  Failure to comply with this order may result in dismissal.   IT IS FURTHER ORDERED that the Clerk of the Court shall terminate plaintiff's "Ex Parte Motion" (ECF No. 5).

DATED:  May 9, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE