UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTIONE L. ARDDS,

    Plaintiff,

    v.

F. CONSTANCIO, et al.,

    Defendants.

No. 2:17-cv-0679-WBS-EFB P

ORDER

After this civil rights action was closed pursuant to the parties' stipulation of voluntary dismissal with prejudice, *see* ECF Nos. 41, 42, plaintiff filed a declaration "in support [of] ex parte motion and objection to magistrate judge's findings and recommendations," a declaration "in support of notice to the office of the clerk," and a declaration "in support of ex parte motion and supported evidence exhibits to support needed temporary restraining order," *see* ECF Nos. 44, 45, 46. The court takes no action on plaintiff's filings as this case is now closed.[1] Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: July 12 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent plaintiff requests copies of this court's prisoner civil rights complaint form (ECF No. 45), however, the request will be granted.